**Timothy Ray MURRAY, Petitioner–**
**Appellant,**

v.

**UNITED STATES, United States Senate, United States House, and Governor of Oklahoma, Respondents–Appellees.**

No. 2012–1467.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2012.

Timothy Ray Murray, Oklahoma City, OK, for Petitioner–Appellant.

Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Department of Justice Commercial Litigation Branch, Civil Division, Washington, DC, for Respondent–Appellee.

## ORDER

PER CURIAM.

The appellees move to dismiss or transfer this appeal.

Timothy Ray Murray appeals from an order of the United States District Court for the Western District of Oklahoma dismissing his complaint alleging various claims against the United States, certain members of the Senate and the House of Representatives, and the Governor of Oklahoma. This court is a court of limited jurisdiction, and does not have jurisdiction over this appeal. As this appeal has also been docketed at the United States Court of Appeals for the Tenth Circuit, transfer is not warranted.

For the foregoing reasons, we dismiss Murray's appeal.

Accordingly,

It Is Ordered That:

(1) The motion to dismiss is granted. The motion to transfer is denied.

(2) All other motions are denied as moot.

(3) Each side shall bear its own costs.